**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEC 1 4 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO. 2:05cr298-F |
| v. | ) [21 USC 841(a)(1); |
| | ) 18 USC 924(c)(1)(A)(i)] |
| KELVIN ARTIS | ) |
| | ) INDICTMENT |
| | ) |

The Grand Jury charges:

## COUNT 1

On or about the 28th day of July, 2003, in Montgomery, Alabama, in the Middle District of Alabama, the defendant,

KELVIN ARTIS,

did knowingly and intentionally possess with intent to distribute 50 grams or more of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about the 28th day of July, 2003, in Montgomery, Alabama, in the Middle District of Alabama, the defendant,

KELVIN ARTIS,

did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about the 28th day of July, 2003, in Montgomery, Alabama, in the Middle District of Alabama, the defendant,

KELVIN ARTIS,

did knowingly and intentionally possess with intent to distribute 500 grams or more of cocaine hydrochloride, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

On or about the 28th day of July, 2003, in Montgomery, Alabama, in the Middle District of Alabama, the defendant,

KELVIN ARTIS,

did knowingly use and carry, during and in relation to, and possess in furtherance of, a drug trafficking offense, namely possession with intent to distribute cocaine base as charged in Count 1, possession with intent to distribute marijuana as charged in Count 2 and, possession with intent to distribute cocaine hydrochloride as charged in Count 3, all drug trafficking crimes prosecutable in a Court of the United States, firearms, to-wit: a Glock Model 22 .40 caliber, semi-automatic pistol, serial number AST0868, and ammunition; a Marlin Model 60 .22 caliber semi-automatic rifle, serial number 16416099 and ammunition and; a Taurus PT-25 .25 caliber pistol, serial number DR122459 and ammunition, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

A.   Counts 1 through 4 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 924(c)(1)(A), as alleged in Count 4 of this indictment, the defendant,

KELVIN ARTIS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

a Glock Model 22 .40 caliber, semi-automatic pistol, serial number AST0868, and ammunition; a Marlin Model 60 .22 caliber semi-automatic rifle, serial number 16416099 and ammunition and; a Taurus PT-25 .25 caliber pistol, serial number DR122459 and ammunition.

C.   If any of the property described in this forfeiture allegation, as a result of any act an omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraphs B above, all in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Susan R. Redmond
Assistant United States Attorney