# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - KELVIN ARTIS SENTENCING GUIDELINES CASE | December 13, 2005 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court Middle District of Alabama | Susan R. Redmond Assistant U.S. Attorney |

Please issue an arrest warrant for the following person who is to be indicted at the December 13, 2005, Grand Jury:

> KELVIN ARTIS
> 5785 Darien Drive
> Montgomery, Alabama
>
> LIMITS OF PUNISHMENT
> Ct. 1:
> NMT $4,000,000 or twice gross
> loss to victim or twice gross gain
> to defendant, whichever is greatest;
> NLT 10Y, or both;
> NLT 5Y SUP REL;
> $100 AF;
> VWPA.
>
>
> Ct. 2:
> NMT $250,000 or twice gross
> loss to victim or twice gross gain
> to defendant, whichever is greatest;
> NMT 5Y, or both;
> NLT 2Y SUP REL;
> $100 AF;
> VWPA.

Ct. 3:
NMT $2,000,000 or twice gross
loss to victim or twice gross gain
to defendant, whichever is greatest;
NLT 5Y, NMT 40Y or both;
NLT 4Y SUP REL;
$100 AF;
VWPA.

Ct. 4:
NMT $250,000 or twice gross
loss to victim or twice gross gain
to defendant, whichever is greatest;
NLT 5Y, or both;
No Probation;
$100 AF;
VWPA.

Estimated trial time: 2 days