# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

KELVIN ARTIS
5785 Darien Drive
Montgomery, Alabama

**WARRANT FOR ARREST**

Case Number: 2:05cr298-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____KELVIN ARTIS_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Knowingly and intentionally possess with intent to distribute cocaine (2 counts)
Knowingly an intentionally possess with intent to distribute marijuana (1 count)
Knowingly use and carry firearm during a drug trafficking offense (1 count)

in violation of Title _____21_____ United States Code, Section(s) _____841(a)(1) and 18 USC 924(c)(1)(A)(i)_____

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

*Joyce Taylor* (signature)
Signature of Issuing Officer

December 15, 2005 - Montgomery, AL
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |