IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:05cr298-F |
| | ) |
| KELVIN ARTIS | ) |

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of Thomas M. Goggans as counsel for Defendant Kelvin Artis.

<u>**s/ Thomas M. Goggans**</u>
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this the 21st day of February, 2006, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: **Leura Garrett Canary, John T. Harmon, and Susan R. Redmond.**

<u>**s/ Thomas M. Goggans**</u>
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis