IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr298-MEF |
| | ) | |
| KELVIN ARTIS | ) | |

## ORDER

On 21 February 2006, this court received notice that the defendant, KELVIN ARTIS, has arrived in this district. Upon review, it has been determined that the defendant has not been arraigned on the pending indictment. Accordingly, it is

ORDERED that the defendant shall appear for arraignment on 24 February 2006 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama. Counsel shall also be prepared to proceed on any detention matters at that time.

The United States Marshal is DIRECTED to produce the defendant on 24 February 2006.

DONE this 22nd day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE