| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 2/24/06 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:08 - 10:47 | |
| | COURT REPORTER: | |
| √ ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ CONSENT PLEA |
| ☐ RULE 44(c) HEARING | ☐ SENTENCING | √ DETENTION HEARING |

PRESIDING MAG. JUDGE: <u>Vanzetta Penn McPherson</u>   DEPUTY CLERK: <u>Wanda A. Robinson</u>
CASE NUMBER:  2:05cr298-MEF   DEFENDANT NAME:  Kelvin Artis
AUSA: Susan R. Redmond   DEFENDANT ATTORNEY:  Thomas Goggans
Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: Ron Thweatt
Interpreter present? (√)NO; ( )YES   Name:
DISCOVERY DISCLOSURE DATE:    2/24/06

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
☐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    √ **Not Guilty**              ☐ **Nol Contendere**
   ☐ **Not Guilty by reason of insanity**
   ☐ **Guilty as to:**
      ☐ Count(s):
      ☐ Count(s):       ☐ dismissed on oral motion of USA
                  ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ _____ Days to file pretrial motions ☐ _____ Trial date or term
☐ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
      ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ☐ Posting a $_____ bond;
      √ Trial on <u>6/5/06 Criminal Term</u>; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
            ☐ Defendant requests time to secure new counsel
☐ **WAIVER** of Speedy Trial. CRIMINAL TERM:    6/5/06

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | 2:05cr298-MEF: USA vs. Kelvin Artis: Detention Hearing |
| **Date** | 2/24/2006 |
| **Location** | |

| Time | Speaker | Note |
|---|---|---|
| 10:10:21 AM | Court | States purposes for Convening; Detention Hearing and Arraignment |
| 10:10:35 AM | Government | Concurs regarding purposes of Proceedings |
| 10:11:06 AM | Defendant | Concurs regarding purposes of Proceedings |
| 10:11:55 AM | Government | Requests Court to Invoke Rebuttable Presumption |
| 10:12:21 AM | Defendant | No Evidence to Rebut Presumption |
| 10:15:06 AM | Court | Request Government Witness to testify on flight Risk and Danger to Society Issues |
| 10:15:38 AM | | Government calls Witness Deputy USM Athen Reeves; Witness Testifies |
| 10:25:31 AM | Defendant | Questions Witness Reeves |
| 10:32:00 AM | Government | Questions Witness Reeves |
| 10:33:27 AM | | Government Rests |
| 10:33:42 AM | | Nothing further from Defendant |
| 10:33:54 AM | Court | Questions Witness Reeves |
| 10:37:31 AM | Court | States Defendant should be detained until trial and gives explanation |
| 10:46:52 AM | | Arraignment Proceedings |
| 10:47AM | RECESS | |