IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr298-MEF |
| | ) | |
| KELVIN ARTIS | ) | |

## ORDER ON MOTION

On 24 February 2006, the Government filed a Motion for a Detention Hearing (Doc. #7). The Detention Hearing was held 24 February 2006. Therefore, for good cause, it is

ORDERED that the Motion for a Detention Hearing filed 24 February 2006 (Document #7), is DENIED as MOOT.

DONE this 24th day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE