IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CR NO. 2:05cr298-MEF |
| | ) |
| KELVIN ARTIS | ) |

**WAIVER OF RIGHT TO SPEEDY TRIAL**

The undersigned defendant, Kelvin Artis, after being advised of his right to a speedy trial as guaranteed him by the Sixth Amendment to the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial until the June 5, 2006 trial term.

_____
Kelvin Artis


**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis

1

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 24th day of February, 2006, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: **Leura Garrett Canary, John T. Harmon, and Susan R. Redmond.**

<u>s/ Thomas M. Goggans</u>
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis