IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:05cr298-F |
| | ) |
| KELVIN ARTIS | ) |

**MOTION TO CHANGE DATE OF PRE-TRIAL CONFERENCE**

Comes now Defendant Kelvin Artis, by and through counsel, and shows as follows:

1. This Court's February 24, 2006 order on arraignment set this case for a pretrial conference on April 3, 2006 at 9:00 a.m.

2. The undersigned counsel is counsel for the defendant in a capital murder case which has been pending for almost five years in the Circuit Court for Macon County, Alabama. On December 14, 2005, the Circuit Court for Macon County set that case for trial commencing April 3, 2006 at 9:00 a.m. The undersigned counsel has no expectation that that case will settle. The undersigned counsel expects the trial to last approximately one and one-half weeks.

ACCORDINGLY, Defendant Kelvin Artis moves this Court to reschedule the pretrial conference in this case to an earlier date or to a date after the anticipated conclusion of the above mentioned capital murder case.

<u>**s/ Thomas M. Goggans**</u>
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis

1

2

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 26th day of February, 2006, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following:  **Leura Garrett Canary, John T. Harmon, and Susan R. Redmond.**

**s/ Thomas M. Goggans**
Ala.  S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis