IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                      ) | 2:05cr298-MEF |
| ) | |
| KELVIN ARTIS                    ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Defendant's Motion to Continue the Pretrial Conference, filed on 26 February 2006 (Doc #12), is GRANTED. The Pretrial Conference currently set for 3 April 2006 in this case is hereby reset to 27 March 2006 at 11:30 a.m.

DONE this 27th day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE