| | |
|---|---|
| STATE OF ALABAMA ) | AFFIDAVIT IN SUPPORT OF |
| ) | ANYTIME SEARCH WARRANT |
| COUNTY OF MONTGOMERY ) | |
| ) | |
| CITY OF MONTGOMERY ) | |

KI-03-0090

BEFORE ME, THE HONORABLE W. Troy Massey, JUDGE OF THE MUNICIPAL COURT OF THE CITY OF MONTGOMERY, MONTGOMERY, ALABAMA, THE UNDERSIGNED, DET. C. A. WINGARD, PERSONALLY APPEARED, AND STATED THAT HE IS AN INVESTIGATOR WITH AND FOR THE NARCOTICS BUREAU OF THE MONTGOMERY POLICE DEPARTMENT, MONTGOMERY, ALABAMA, AND HE HAS REASON TO BELIEVE THAT, COCAINE, A CONTROLLED SUBSTANCE, IS BEING STORED AT 5785 DARIEN DRIVE MONTGOMERY, ALABAMA, AND IS BEING STORED BY A SUBJECT KNOWN AS KELVIN ARTIS AKA GARGEMEL. THIS IS IN VIOLATION OF CODE OF ALABAMA, 1975, 13A-12-212. THE FACTS TENDING TO ESTABLISH THE GROUND FOR ISSUANCE OF AN ANYTIME SEARCH WARRANT ARE AS FOLLOWS:

PROBABLE CAUSE BEING THAT IN THE MONTH OF AUGUST 2003, A CONFIDENTIAL AND RELIABLE SOURCE, WHO WILL HEREINAFTER BE REFERRED TO AS "A", ADVISED THIS AFFIANT THAT A GROUP OF SUBJECTS FROM MIAMI, FLORIDA, HAD BROUGHT THREE KILOGRAMS OF COCAINE TO KELVIN ARTIS AT 5785 DARIEN DRIVE MONTGOMERY, ALABAMA. 'A' WAS IN THE RESIDENCE AND OBSERVED THE COCAINE.

FURTHER PROBABLE CAUSE BEING THAT 'A' OBSERVED ARTIS COOKING THE COCAINE HYDROCHLORIDE INTO COCAINE BASE.

FURTHER PROBABLE CAUSE BEING THAT 'A' HAS GIVEN RELIABLE INFORMATION IN THE PAST.

THE FOREGOING IS BASED ON THE PERSONAL KNOWLEDGE OF THIS AFFIANT, OTHER MEMBERS OF THE NARCOTICS BUREAU AND FACTS OBTAINED BY THE MONTGOMERY POLICE DEPARTMENT NARCOTICS AND INTELLIGENCE BUREAU, MONTGOMERY, ALABAMA, AND IS MADE FOR THE PURPOSE OF SECURING AN ANYTIME, SEARCH

WARRANT, FOR 5785 DARIEN DRIVE, MONTGOMERY, ALABAMA, AND IS FOR COCAINE AND ANY OTHER CONTROLLED SUBSTANCES, TO INCLUDE: DRUG PARAPHERNALIA, RECORDS OF DRUG TRANSACTIONS, DRUG BUY MONIES, WEAPONS, AND ANY ITEMS LISTED IN ATTACHMENT I:

SWORN TO AND SUBSCRIBED BEFORE ME THIS 28TH DAY OF AUGUST 2003

_____  _____
DEET. C.A. WINGARD #386              MUNICIPAL JUDGE
NARCOTICS AND INTELLIGENCE BUREAU    MUNICIPAL COURT
MONTGOMERY POLICE DEPARTMENT         CITY OF MONTGOMERY
MONTGOMERY, ALABAMA                  MONTGOMERY, ALABAMA

4

ATTACHMENT I

1. Controlled, dangerous substances and related paraphernalia.

2. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances

3. Papers, tickets, notes, schedules, receipts, and other items relating to domestic and international travel.

4. Books, records, receipts, bank statements and records, money drafts, letters of credit, money order and cashier's checks, receipts, pass books, bank checks, safe deposit box keys, and other items evidence of the obtaining, secreting, transfer, concealment and/or the expenditure of money

5. United States currency, precious metals, jewelry, and financial instruments, including stocks and bonds in amounts indicative of the proceeds of illegal drug trafficking.

6. Photographs, in particular, photographs of co-conpirators, of assets and/or controlled substances.

7. Receipts for items evidencing the expenditure of the proceeds of drug distribution, including, but not limited to, clothing, furniture and electronic equipment.

8. Paraphernalia for packaging, cutting, weighing, and distributing controlled substances, including, but not limited to, scales, baggies, spoons, walkie-talkies, CB's, night vision devices, police scanners, binoculars and parabolic microphones.

9. Indicia of occupancy, residency, and/or ownership of the premises, including, but not limited to, utility and telephone bills, keys, and cancelled envelopes.

10. Firearms

5