S E A R C H   W A R R A N T

STATE OF ALABAMA )
)
COUNTY OF MONTGOMERY )
)
CITY OF MONTGOMERY )

TO ANY SHERIFF, DEPUTY, AND/OR MUNICIPAL OFFICER OR CHIEF OF POLICE: Proof of affidavits which are attached hereto and incorporated by reference, having been made this day before me, by _____ DET. C. A. WINGARD WITH THE NARCOTIC'S BUREAU OF THE MONTGOMERY POLICE DEPARTMENT, MONTGOMERY, ALABAMA.

You are hereby commanded to make immediate search of the premises of: 5785 DARIEN DRIVE MONTGOMERY, ALABAMA AND ANY OUTBUILDINGS AND VEHICLE LOCATED WITHIN THE CURTILAGE THEREOF,

for the following property COCAINE   AND ANY OTHER CONTROLLED SUBSTANCES AND ANY ITEMS LISTED IN ATTACHMENT I.

and if you find the same or any part thereof, to bring it forthwith before me, at my office at Municipal Court, Montgomery County, Alabama; or if the said warrant is issued for violation of a state law return the same to any State Court.

Dated this 28TH day of AUGUST 2003

6

Judge, Municipal Court
City of Montgomery
Montgomery County
Montgomery, Alabama