| COURTROOM DEPUTY'S MINUTES | DATE: 3/27/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 11:37 - 11:45 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr298-MEF    **DEFENDANT(S):** Kelvin Artis

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Susan R. Redmond | | Thomas Martele Goggans |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**    Almost Complete

❏ **PENDING MOTION STATUS:**    #15 Motion to Suppress

❏ **PLEA STATUS:**

❏ **TRIAL STATUS**    Judge Fuller's  6/5/06 Trial Term

❏ **REMARKS:**
USA to call the Court to verify date of Search Warrant, by this afternoon; Court to enter an order regarding a Government's response to Motion to Suppress deadline, Order will also include information discussed during the pretrial conference regarding the Search Warrant Date;  If the Court issues an order setting a hearing on the motion to suppress, date will be set after  week of 4/17/06