IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cr298-MEF |
| | ) | |
| KELVIN ARTIS | ) | |

# ORDER

The defendant filed his Motion to Suppress on 23 March 2006 (Doc. # 15). The defendant represents in the motion - and his counsel affirmed at the pretrial conference conducted on this date - that the challenged search of the defendant's residence was conducted approximately one month *before* the affidavit and warrant applicable to the search. The government's counsel was unable to confirm the dates at the pretrial conference.

Accordingly, it is ORDERED as follows:

1. By 5:00 p.m. on this date, 27 March 2006, government's counsel shall advise the court directly of the dates of (1) the affidavit supporting the warrant for the subject search, (2) the search warrant, and (3) the actual search.

2. If the government's records confirm the defendant's representation, i.e., that the actual search predated the warrant and the affidavit, on or before 31 March 2006, the government shall show cause in writing why the motion should not be summarily granted *and* why an evidentiary hearing is necessary.

Based upon the government's response, the court will enter an additional order setting further proceedings on the motion.

DONE this 27th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE