IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR298-MEF |
| | ) | |
| KELVIN ARTIS | ) | |

## ORDER

Pursuant to the court's order of 27 March 2006, the government has represented that its position of the search warrant is that the warrant was issued in a timely manner. Accordingly, it is ORDERED as follows:

1. On or before 6 April 2006, the government shall file its response to the defendant's motion to suppress.

2. On 11 April 2006, counsel and the parties shall appear for an evidentiary hearing at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 30th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE