IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:05cr298-MEF |
| | ) |
| KELVIN ARTIS | ) |

**NOTICE OF LIKELY CALENDAR CONFLICT**

Comes now Defendant Kelvin Artis, by and through counsel, and shows as follows:

1. On March 30, 2006, this Court entered an order setting this case for an evidentiary hearing on Defendant Artis' motion to suppress on April 11, 2006 at 10:00 a.m.

2. The undersigned counsel for Petitioner is counsel for the defendant in a 2001 capital murder case pending in the Circuit Court for Macon County. In December of 2005, that case was set for trial commencing April 3, 2006. The trial of that case is expected to last approximately one and one-half weeks.

3. Thus, it is likely that the undersigned counsel will still be in trial in the aforementioned capital murder case on the scheduled date for the hearing on Defendant Artis' motion to suppress.

4. As the week progresses, the undersigned counsel will advise the Court and opposing counsel accordingly.

    **s/ Thomas M. Goggans**
    Ala. S.J.I.S. GOG001
    2030 East Second Street
    Montgomery AL 36106
    PH: 334.834.2511
    FX: 334.834.2512
    e-mail: tgoggans@tgoggans.com

    Attorney for Defendant Kelvin Artis

2

CERTIFICATE OF SERVICE

    I hereby certify that I have on this the 2nd day of April, 2006, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each to the following: **Susan Redmond and John Harmon.**

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant Kelvin Artis