IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR298-MEF |
| | ) | |
| KELVIN ARTIS | ) | |

## ORDER

Based upon the Notice of Likely Calendar Conflict (Doc. #20), filed by the defendant on 2 April 2006, and for good cause, it is

ORDERED that the motion to suppress hearing set for 11 April 2006 is CONTINUED to 18 April 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama.

The United States Marshal shall produce the defendant, KELVIN ARTIS, for the hearing on 18 April 2006.

DONE this 4th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE