# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 4/18/06

DATE COMPLETED: 4/18/06

DIGITAL RECORDING: 10:05 - 10:15

USA

vs

KELVIN ARTIS

2:05cr298-MEF

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan R. Redmond | | Thomas Martele Goggans |

**COURT OFFICIALS PRESENT:**

Wanda A. Robinson, Courtroom Deputy
Risa Entrekin, Court Reporter

**PROCEEDINGS:**

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:  SUPPRESSION HEARING

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | 2:05cr298-MEF USA vs. Kelvin Artis: Suppression Hearing | |
| **Date** | 4/18/2006 | **Location** |
| **Time** | **Speaker** | **Note** |
| 10:05:52 AM | Court | Convenes with facts regarding this case |
| 10:07:52 AM | | Defendant's Exhibit 1 admitted; Government's Exhibit I admitted; Witnesses Sworn; Rule Invoked |
| 10:10:21 AM | Court | Witness Patrick Murphy excused due to the resolution of date of Warrant |
| 10:11:40 AM | Government | Argues Defendant has no standing as relates to residency at address on the warrant |
| 10:12:55 AM | Defendant | Responds; will file a motion to withdraw motion to suppress |
| 10:15:33 AM | | Court in Recess |