AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

USA

V.

KELVIN ARTIS

**DEFENDENT'S EXHIBIT LIST**

Case Number: 2:05cr298-MEF

| PRESIDING JUDGE VANZETTA PENN MCPHERSON | GOVERNMENT'S ATTORNEY Susan Redmond | DEFENDANT'S ATTORNEY Thomas Goggans |
|---|---|---|
| TRIAL DATE(S) 4/18/06 | COURT REPORTER Risa Entrekin | COURTROOM DEPUTY Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 4/18/06 | x | x | U.S. Department of DEA Report of Investigation dated 7/29/03 |
|  |  |  |  |  | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages