AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

USA

V.

KELVIN ARTIS

**GOVERNMENT'S EXHIBIT LIST**

Case Number: 2:05cr298-MEF

| PRESIDING JUDGE<br>VANZETTA PENN MCPHERSON | GOVERNMENT'S ATTORNEY<br>Susan Redmond | DEFENDANT'S ATTORNEY<br>Thomas Goggans |
|---|---|---|
| TRIAL DATE (S)<br>4/18/06 | COURT REPORTER<br>Risa Entrekin | COURTROOM DEPUTY<br>Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/18/06 | x | x | Affidavit in Support of Anytime Search Warrant (with 2 attachments) |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages