IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 02:05cr298-F |
| | ) | |
| KELVIN ARTIS | ) | |

**WITHDRAWAL MOTION TO SUPPRESS**

Comes now Defendant Kelvin Artis, by and through counsel, and based upon the

representations of the government on April 17, 2006 that it does not and will not contend

that Defendant Kelvin Artis resided at 5785 Darien Drive, hereby withdraws his motion

to suppress heretofore filed in this case.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis

1

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 18th day of April, 2006, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such to each of the following:  **Susan R. Redmond and John T. Harmon.**

> **s/ Thomas M. Goggans**
> Ala.  S.J.I.S. GOG001
> 2030 East Second Street
> Montgomery AL 36106
> PH: 334.834.2511
> FX: 334.834.2512
> e-mail: tgoggans@tgoggans.com
>
> Attorney for Defendant
> Kelvin Artis

2