IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR298-MEF |
| | ) | |
| KELVIN ARTIS | ) | |

**ORDER ON MOTION**

Based upon the Withdrawal Motion to Suppress (Doc. #26), filed on 18 April 2006, the representations made on the record at the evidentiary hearing on 18 April 2006, and for good cause, it is

ORDERED that the request be construed as a motion and that the motion to withdraw the motion to suppress (Doc. #15) is GRANTED.

DONE this 19th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE