| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 5/15/06 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:08 - 9:10 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**  2:05cr298-MEF   **DEFENDANT(S):** Kelvin Artis

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Susan R. Redmond | | Thomas Martele Goggans |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
COMPLETE

☐ **PENDING MOTION STATUS:**   NONE

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**   Judge Fuller's 6/5/06 Trial Term
2 to 3 days for trial

☐ **REMARKS:** Court Suggests parties discussion likely continuance of trial with Ms. Sheila Carnes, Criminal Supervisor