IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-298-MEF |
| | ) | |
| KELVIN ARTIS | ) | |

**NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTIONS**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant Kelvin Artis with notice of information of at least three prior felony drug convictions for the purpose of increased punishment in accordance with Title 21, United States Code, Sections 841(b)(1)(A)(iii), 841(b)(1)(B)(ii), 841(b)(1)(D) and 851. The prior convictions are as follows:

1. The defendant, in case number CC95-1064, was convicted in September, 1995, in the Circuit Court of Montgomery County, Alabama, of possession of a controlled substance, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama. The defendant, in case number CC99-1627, was convicted on or about February, 2000, in the Circuit Court of Montgomery County, Alabama, of 2 counts of distribution of controlled substance, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama.

The enhancement as applied in this case requires the mandatory imposition of life imprisonment, the mandatory imposition of a sentence of not less 10 years and no more than life, and the mandatory imposition of a sentence of not more than 10 years. As disclosed in previous correspondence, the United States intends to introduce these convictions during the trial of the instant case, where admissible pursuant to applicable federal law.

Respectfully submitted this 17th day of May, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-298-MEF |
| | ) | |
| KELVIN ARTIS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Goggans, Esquire.

Respectfully submitted,

s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
susan.redmond@usdoj.gov