IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 02:05cr298-MEF |
| | ) |
| KELVIN ARTIS | ) |

**DEFENDANT KELVIN ARTIS' REQUESTED JURY VOIR DIRE**

Defendant Kelvin Artis requests that the Court propound the following questions to potential jurors in the trial of the above styled action:

1. Have any of you read or heard anything about Kelvin Artis or the criminal charges against him? What have you read or heard?[1]

2. Have you heard this case talked about at all? What have you heard? What did you say? Did anyone express an opinion as to Kelvin Artis' guilt or innocence? Did anyone say what should happen to Kelvin Artis?[2]

3. Do you have any opinion about the guilt or innocence of Kelvin Artis in this case?

4. Have you ever had any courses in law? Please describe them.

5. Are you now, or have you ever been, active in any kind of police work or law enforcement activity? (Included in this question are security guards, night watchpersons, neighborhood patrols, military police, game wardens, and the like.)

---

[1] Defendant Artis submits that these follow-up questions should be asked of those venire members responding in the affirmative outside of the hearing of the other venire members.

[2] Defendant Artis submits that these follow-up questions should be asked of those venire members responding in the affirmative outside of the hearing of the other venire members.

6. Have you ever been friends with or related to any persons involved in law enforcement activity? (Included in this question are security guards, night watchpersons, neighborhood patrols, military police, game wardens, and the like.)

7. Have you ever worked for a state, local or federal prosecutor's office?

8. Have any of you ever worked or volunteered time or money to any group or organization that assists or supports victims of crimes?

9. Do any of you know Susan Redmond or John Harmon? How do you know her or him?

10. Do any of you know anyone else who works in the United States Attorney's office? Who do you know? How do you know him or her?

11. Do any of you know anyone who works in a state district attorney's office?

12. Does the fact that an individual is employed as a law enforcement agent cause you to believe that solely because of that individual's employment he is more credible or more believable than other witnesses and that his testimony is to be given greater weight than witnesses who are not employed as law enforcement agents?

13. Do any of you not own a firearm?

14. Do any of you have such strong feelings against firearms that you think you might not be able to be fair in a case involving an allegation of a criminal charge relating to a firearm?

15. Do any of you have such strong feelings about drugs that you think you might not be able to be fair in a case involving charges involving drugs?

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 26th day of May, 2006, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following:  **Susan Redmond and John T. Harmon.**

**s/ Thomas M. Goggans**
Ala.  S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis