IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 29 A 11: 04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CR No. 2:05-CR-298-F |
| | * | |
| KELVIN ARTIS | * | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

COMES NOW the undersigned counsel and hereby advises this Honorable Court that he is representing defendant, KELVIN ARTIS, as additional counsel in the above styled cause of action, and the Clerk of this Court is respectfully requested to place counsel's name on the docket sheet and advise counsel of any future orders of the Court.

_____
BARRY E. TEAGUE, [TEA003]
ATTORNEY FOR DEFENDANT

ADDRESS OF COUNSEL:

Barry Teague, Esq.
138 Adams Avenue
Post Office Box 586
Montgomery, AL  36101
(334) 834-4500; FAX 834-4501

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by placing same in the U.S. Mail, postage prepaid and addressed as shown below, on May 29, 2006.

**Hon. Suan Redmond**
**Assistant U.S. Attorney**
**Post Office Box 197**
**Montgomery, AL  36101**

**Thomas M. Goggans, Esq.**
**2030 E. Second Street**
**Montgomery, AL 36106-1617**

_____
BARRY E. TEAGUE