IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION         2006 MAY 29  A 11: 07

UNITED STATES OF AMERICA        *
                                *        DEBRA P. HACKETT. CLK
VS.                             *        U.S. DISTRICT COURT
                                *        MIDDLE DISTRICT ALA.
                                *        CR No. 2:05-CR-298-F
KELVIN ARTIS                    *

## REQUESTED VOIR DIRE OF KELVIN ARTIS

COMES NOW  defendant, KELVIN ARTIS, by and through his attorney, Barry Teague,

and requests this Honorable Court to propound the following questions to the members of the jury

venire prior to the trial of the case herein:

1.      Does any member of the jury panel know anything about the facts of this case?

Have you heard or read anything about this case from any source?

2.      Are any of you acquainted with the United States Attorney, any Assistant U.S.

Attorney or any other member of the U.S. Attorney's staff?

3.      Has any member of the jury panel ever been employed in law enforcement in any

capacity?  Has any member of your family ever been employed by any law enforcement agency?

If so, stand and identify the type of employment.

4.      Is there any member of the jury panel who knows any of the following persons:

**[Witness list will be provided at jury selection]**

5.      Does any member of the jury panel believe that an accused person must be guilty

purely because he has been indicted by a grand jury?

6.      Does any member of the jury panel believe that the testimony of any law

enforcement officer is entitled to more weight and credibility than the testimony of any other

witness?

7.    Have you ever been a witness in a criminal case?  If so, state the circumstances.

8.    Has any member of the panel ever served as a juror on a trial jury or on a grand jury before, state or Federal?

_____
BARRY E. TEAGUE, [TEA003]
ATTORNEY FOR DEFENDANT

ADDRESS OF COUNSEL:

138 Adams Avenue
Post Office Box 586
Montgomery, AL  36101
(334) 834-4500; FAX 834-4501

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by placing same in the U.S. Mail, postage prepaid and addressed as shown below, on May 29, 2006.

**Hon. Suan Redmond**
**Assistant U.S. Attorney**
**Post Office Box 197**
**Montgomery, AL  36101**

**Thomas M. Goggans, Esq.**
**2030 E. Second Street**
**Montgomery, AL 36106-1617**

_____
BARRY E. TEAGUE