IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 29 A 11: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CR No. 2:05-CR-298-F |
| | * | |
| KELVIN ARTIS | * | |

## MOTION TO CONTINUE TRIAL

COMES NOW, the defendant, by and through the undersigned counsel, and moves this Honorable Court to continue the trial scheduled for the week of June 5, 2006, and as grounds therefor shows as follows:

1. That the defendant has very recently obtained additional counsel in this case.

2. The defendant desires some additional time in which to discuss the discovery and facts related to the case herein with the undersigned.

3. A continuance would allow more time for counsel to discuss the discovery documents with his client and be better prepared for trial.

4. That the defendant, if found guilty herein, is facing a possible sentence of life imprisonment.

5. The defendant's affidavit is attached wherein he waives a speedy trial.

WHEREFORE, defendant, Kelvin Artis, prays this Honorable Court to grant a continuance of the trial herein for the reasons set forth above.

_____
BARRY E. TEAGUE, [TEA003]
ATTORNEY FOR DEFENDANT

ADDRESS OF COUNSEL:

Barry Teague, Esq.
138 Adams Avenue
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500; FAX 834-4501

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by placing same in the U.S. Mail, postage prepaid and addressed as shown below, on May 29, 2006.

**Hon. Suan Redmond**
**Assistant U.S. Attorney**
**Post Office Box 197**
**Montgomery, AL 36101**

**Thomas M. Goggans, Esq.**
**2030 E. Second Street**
**Montgomery, AL 36106-1617**

/s/ Barry E. Teague
BARRY E. TEAGUE