IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CR No. 2:05-CR-298-F |
| | * | |
| KELVIN ARTIS | * | |

**State of Alabama** )
) **AFFIDAVIT**
**County of Montgomery** )

BEFORE ME, the undersigned authority, a Notary Public, in and for said county and State, appeared the affiant, who, being first placed under oath and being known to me, stated the following:

I am KELVIN ARTIS, the defendant in the above styled case. After consulting with my attorney, Barry Teague, Esquire, I am of the opinion that my case should be continued to afford my counsel and me sufficient time to adequately prepare the appropriate defense to the allegations and charges contained within the indictment. I have obtained additional counsel in this case, and I have not had adequate time to go over the facts and discovery items with my attorney.

I am also aware that I am entitled to a speedy trial pursuant to the Sixth Amendment to the United States Constitution and 18 U.S.C. §§ 3161, et seq. I hereby waive my rights as so provided, and state that the ends of justice will best be served by my case being continued and the interest of the public in a speedy trial is outweighed by my need for a continuance. I fully

SCANNED

understand that if my continuance is granted, that any period of delay so caused is excludable for purposes of 18 U.S.C. §§ 3161, et seq.

_____
Kelvin Artis, Affiant

SWORN TO and SUBSCRIBED before me this the 29th day of May, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 6-17-07