IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          CASE NO. 2:05-cr-298-MEF
                                  )                    (WO)
KELVIN ARTIS                      )

# **O R D E R**

Upon consideration of the defendant's Motion to Continue Trial (Doc. #39) filed on

May 29, 2006, it is hereby

ORDERED that the government show cause in writing on or before June 1, 2006 as

to why the motion should not be granted.

DONE this the 30th day of May, 2006.

_____
            /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE