**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

June 1, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** USA v. Kelvin Artis

**Case Number:** 2:05cr298

**This Notice of Correction was filed in the referenced case this date to attach the PDF document previously omitted.**