**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO.  2:05-cr-298-WKW |
| **KELVIN ARTIS** | ) | |

<u>**RESPONSE TO SHOW CAUSE ORDER**</u>

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files its response to the Court's Show Cause Order of May 30, 2006, as follows:

1. The government can state no reason(s) why the defendant's <u>Motion to Continue Trial</u> (Doc. #39) should not be granted.

Respectfully submitted, this the 1st day of June, 2006.

          LEURA GARRETT CANARY
          UNITED STATES ATTORNEY


          /s/ Susan Redmond
          SUSAN REDMOND
          Assistant United States Attorney
          Post Office Box 197
          Montgomery, Alabama 36101-0197
          (334) 223-7280
          (334) 223-7135 fax
          susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) CR. NO. 2:05-cr-298-WKW |
| **KELVIN ARTIS** | ) |

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas Goggans and Barry Teague.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov

2