UNITED STATES OF AMERICA

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2006 JUN -1 A 9:05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,

    *Plaintiff*,

-vs-                                                 2:05-CR-298-F
                                                       Hon. J. Fuller

KELVIN ARTIS,

    *Defendant*.

_____/

## MOTION FOR PERMISSION TO PRACTICE *PRO HOC VICE*

    NOW COMES Marc R. Lakin who submits the following Motion for Permission to Practice *Pro Hoc Vice*:

    1. The undersigned is a member in good standing of the State Bar of Michigan and has been admitted to practice since 1986.

    2. The undersigned is a member in good standing in the United States District Court for the Eastern District of Michigan.

    3. The undersigned has associated himself with Barry Teague, Esq. who maintains offices at 138 Adams Avenue, Montgomery, Alabama, is a member in good standing in this Court and who has agreed to assist the undersigned in matters of local practice and procedure.

    4. The Defendant Kelvin Artis wishes the undersigned to act as co-counsel in the within matter.

WHEREFORE the undersigned requests this Court grant permission and allow him to practice *pro hac vice*.

Respectfully Submitted,

Marc R. Lakin (P41147)
283 E. Frank Street
Birmingham, MI 48009
248.723.1199

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by means of efile notice upon the following, on June 1, 2006.

**Hon. Suan Redmond**
**Assistant U.S. Attorney**
**Post Office Box 197**
**Montgomery, AL  36101**

**Thomas M. Goggans, Esq.**
**2030 E. Second Street**
**Montgomery, AL 36106-1617**

**Barry E. Teague, Esq.**
**138 Adams Avenue**
**Post Office Box 586**
**Montgomery, AL 36101**

/s/ Mark R. Lakin
_____
MARC R. LAKIN