# United States District Court
# Eastern District of Michigan



## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of the United States District Court for the Eastern District of Michigan, certify that

## MARC R. LAKIN

was admitted to practice in this Court on June 7, 1988, and is in good standing as a member of the bar of this Court.

Dated at Detroit, Michigan on May 30, 2006.

*David J. Weaver*
Clerk

By _____,
Attorney Admissions Clerk

INT-0104-DT-4/91