UNITED STATES OF AMERICA

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2006 JUN -1  A 11: 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,

    *Plaintiff,*

-vs-

        2:05-CR-298-F
        Hon. J. Fuller

KELVIN ARTIS,

    *Defendant.*
_____/

## APPEARANCE

NOW COMES Marc R. Lakin, attorney at law, who hereby enters his appearance as co-counsel on behalf of the Defendant Kelvin Artis.

        Respectfully Submitted,

        */s/ Marc R. Lakin*
        Marc R. Lakin (P41147)
        283 E. Frank Street
        Birmingham, MI 48009
        248.723.1199

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by means of efile notice upon the following, on June 1, 2006.

**Hon. Suan Redmond**
**Assistant U.S. Attorney**
**Post Office Box 197**
**Montgomery, AL  36101**

**Thomas M. Goggans, Esq.**
**2030 E. Second Street**
**Montgomery, AL 36106-1617**

**Barry E. Teague, Esq.**
**138 Adams Avenue**
**Post Office Box 586**
**Montgomery, AL 36101**

/s/ Mark R. Lakin

_____
MARC R. LAKIN