IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cr298-MEF |
| | ) | |
| KELVIN ARTIS | ) | |

## ORDER ON MOTION

Upon consideration of the defendant's Motion for Permission to Practice Pro Hac Vice (Doc. #44), filed on 1 June 2006, and it appearing that MARC R. LAKIN, ESQ., is a member in good standing of the United States District Court for the Eastern District of Michigan, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 5th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE