| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 7/17/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:19 - 9:20 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr298-WKW   **DEFENDANT(S):** Kelvin Artis

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Susan R. Redmond | | Thomas Martele Goggans |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
COMPLETE

☐ **PENDING MOTION STATUS:**   NONE

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**   Judge Watkins' 10/16/06 Trial Term
2 to 3 days for trial
**Trial Likely**

☐ **REMARKS:**