IN THE UNITED STATES DISTRICT COURT FOR **RECEIVED**
THE MIDDLE DISTRICT OF ALABAMA

2006 AUG 17 P 4: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 2:05-CR-298- WKW |
| | ) | |
| KELVIN ARTIS | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

**COMES NOW**, Attorney Amardo Wesley Pitters, and hereby give notice of his appearance as legal counsel for the defendant, Kelvin Artis, in the above-styled cause.

Respectfully submitted,

_____
Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Alabama State Bar No.: 8989-T64A

OF COUNSEL:

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street (36104)
Post Office Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the  17 day of August, 2006, a copy of the foregoing was duly served upon the following:

>Hon. Susan Redmond
>Assistant United States Attorney
>Office of the United States Attorney
>Criminal Division
>Middle District of Alabama
>Post Office Box 197
>Montgomery, Alabama  36101-0197

via e-file.

_____
Amardo Wesley Pitters, Esquire