**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                         TELEPHONE (334) 954-3600

August 18, 2006

# NOTICE OF CORRECTION

**From:**         Clerk's Office

**Case Style:**   USA vs. Kelvin Artis

**Case Number:**  2:05cr298-WKW
                  Document  #51

**This Notice of Correction is filed in the referenced case to attach signed   pdf.**