| COURTROOM DEPUTY'S MINUTES | DATE: 8/21/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:06 - 9:06 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr298-WKW   **DEFENDANT(S):** Kelvin Artis

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
|  | * |  |
| Susan R. Redmond |  | Thomas Martele Goggans |
|  |  | Armardo Wesley Pitters |
|  | * |  |
|  | * |  |

☐ **DISCOVERY STATUS:**
COMPLETE

☐ **PENDING MOTION STATUS:**   NONE

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**   Judge Watkins' 10/16/06 Trial Term
2 days for trial
Trial Likely

☐ **REMARKS:**