| COURTROOM DEPUTY'S MINUTES | DATE: 9/25/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:38 - 9:38 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   2:05cr298-WKW    **DEFENDANT(S):** Kelvin Artis

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Susan R. Redmond | | Thomas Martele Goggans |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
                  COMPLETE

☐ **PENDING MOTION STATUS:**    NONE

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**    Judge Watkins' 10/16/06 Trial Term
                          2 days for trial
                          **Trial Likely**

☐ **REMARKS:**