IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

**FINAL PRETRIAL CONFERENCE ORDER**

This court held a final pretrial conference on 25 September 2006, before the undersigned Magistrate Judge. Present at this conference was Thomas Goggans, Esq., counsel for the defendant, and Assistant United States Attorney Susan Redmond, counsel for the government. As a result of this final pretrial conference, it is

ORDERED as follows:

1. Jury selection is set for 16 October 2006. The trial of this case is set for the trial term commencing on 16 October 2006, before United States District Judge W. Keith Watkins and is expected to last two (2) trial days.

2. There are no motions currently pending.

3. Proposed voir dire questions and jury instructions have been filed (Docs. # 30 - 35; 37, 38).

4. All motions in limine shall be filed on or before 6 October 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on 4 October 2006. The government and defendant are

informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on 16 October 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on 16 October 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

DONE this 3rd day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE