IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

## MOTION IN LIMINE

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and moves this Court to exclude from the trial in this matter any evidence relating to or mention of Antonio Payne, aka Q-Tip. As grounds therefore the Government offers the following:

1. Antonio Payne is the named CI in the present case.

2. Antonio Payne has intentionally and willfully made himself unavailable to testify in this matter by eluding service of a trial subpoena.

3. The government has stipulated that no evidence will be presented that the defendant lived at 5785 Darien Drive, Montgomery, AL on July 28, 2003.

4. A search warrant was issued for the residence which is not contested.

5. Federal Rule of Evidence 401 defines relevant evidence as, "...evidence that has any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence".

6. Any information relating to Antonio Payne is not evidence in this case and should not, therefore be placed before the jury. Any information relating to Antonio Payne could only be used for impeachment purposes, therefore, because Payne is not expected

to testify, any such information would be irrelevant and therefore inadmissible pursuant to Federal Rule of Evidence 402.

Based on the foregoing, the Government respectfully moves this Court to exclude and prohibit any reference to or testimony about Antonio Payne, aka Q-Tip.

Respectfully submitted this the 13th day of October, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov

### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas Goggans, Esquire.

Respectfully submitted,

s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
Phone: (334)223-7280
Fax: (334)223-7135
susan.redmond@usdoj.gov