IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Louis V. Franklin, Sr., and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this the 13th day of October, 2006.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                s/Louis V. Franklin, Sr.
                LOUIS V. FRANKLIN, SR.
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334)223-7280
                Fax: (334)223-7135
                E-mail: louis.franklin@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas Goggins, Esquire.

    Respectfully submitted,

    s/Louis V. Franklin, Sr.
    LOUIS V. FRANKLIN, SR.
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: louis.franklin@usdoj.gov