| COURTROOM DEPUTY MINUTES | DATE: 10/16/06 | DIGITAL RECORDING: 4:29 - 4:38 |
|---|---|---|
| | | 4:49 - 5:04 |

MIDDLE DISTRICT OF ALABAMA        COURT REPORTER: Risa Entrekin

❏ ARRAIGNMENT        x CHANGE OF PLEA        ❏ CONSENT PLEA

❏ RULE 44(c) HEARING        ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*        **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:05cr298- WKW*        **DEFENDANT NAME:** *Kevin Artis*

**AUSA:** *Susan Redmond, Louis V. Franklin, Sr.*        **DEFENDANT ATTY:** *Amardo Pitters, Tommy Goggans*

                                                                                                                   Marc R. Lakin

Type Counsel:        ( ) Waived;   ( x ) Retained;   ( ) Panel CJA;   ( ) CDO

**USPO:** _____

Defendant _____ does _____x_____ does NOT need and interpreter.

Interpreter present?   x   NO   _____ YES   Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**        ❏ Not Guilty                                ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

   X Count(s) _____1_____  of the Felony Indictment.

   X Count(s) _2, 3, 4_   ❏ dismissed on oral motion of USA;

                                    X to be dismissed at sentencing

x— **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

— Written plea agreement filed.   **x OPEN/ORAL** Plea Agreement.   ❏ ORDERED SEALED.   ❏ No Plea

                                                                                       Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

        ❏ summons; for:

❏ Trial on _____;   ❏ Sentencing on _____   ❏_____ Bond  ❏ to be set by Separate Order

X— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or  x Sentencing on **1/18/07**   x set by separate Order.

Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed.  ❏ Detention requests time to secure new counsel.