## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                           AT MONTGOMERY, ALABAMA

DATE COMMENCED   OCTOBER 16, 2006                     AT 10:15  A.M./P.M.

DATE COMPLETED   OCTOBER 16, 2006                     AT  4:30  A.M./P.M.

UNITED STATES OF AMERICA )
)  CR. NO. 2:05cr298-WKW
vs. )
)
KELVIN ARTIS )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA   Susan Redmond | X | Atty. Thomas Goggans |
| AUSA   Louis Franklin | X | Atty. Wesley Pitters |
| | X | Atty. Marc Lakin |
| | X | |

COURT OFFICIALS PRESENT:

| Ann Roy | Jerusha Adams | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

### JURORS

1. Shirley A. Streeter                   7. Matthew Daniel Griffin
2. Lisa A. Parker                       8. Suzanne Renee Brink
3. Shanna Denise Ford                   9. Bettye Ivey Folks-Johnson
4. Clara Mae Johnson                  10. Scott Alan Arnold
5. Calvin Hunter                        11. Alan Douglas Reed
6. Jack A. Miller                       12. Thelma Thomas Evans

### ALTERNATE

13. David Tate Jennings

### COURTROOM PROCEEDINGS:

**JURY SELECTION**

| | |
|---|---|
| 10:15 a.m. | Court convened.<br>Multiple voir dire begun (Cr Nos. **2:05cr298-WKW, USA v Artis** and 2:06cr18-WKW, USA v Pettis). |
| 11:53 a.m. | Panel excused for lunch; jury selection in 2:06cr18-WKW. |
| 12:30 p.m. | Lunch |
| 1:10 p.m. | Court reconvenes.  Hearing out of Jury's presence on government's Motion in Limine; Oral argument heard; Court's **ORAL ORDER** granting motion conditionally; directing defense counsel not to mention or present evidence relating to Antonio Payne before the jury without asking the Court's approval outside of jury's presence; |
| 1:37 p.m. | Jury selected. |

```
MINUTES
Jury Selection commencing October 16, 2006, before Judge Keith Watkins
CR No 2:05cr298-WKW


2:00 p.m.       Break - (plea negotiations)
2:46 p.m.       Jury seated, sworn and excused.
2:50 p.m.       Plea negotiations continued.  Defendant referred to Judge
                Vanzetta Penn McPherson for guilty plea.
4:30 p.m.       Court adjourned.
```