IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

**MOTION TO WITHDRAW NOTICE OF INFORMATION
TO ESTABLISH PRIOR CONVICTIONS**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant Kelvin Artis with its Motion to Withdraw Notice of Information, and as grounds for such states the following:

1. On or about May 17, 2006, the government filed a Notice of Information in the above-styled case.

2. On or about October 16, 2006, the parties entered into an oral plea agreement pursuant to Federal Rules of Criminal Procedure 11(c)(1)(B). In which, in exchange for the defendant's plea of guilty to Count 1 of the Indictment, the government agreed to withdraw its Notice of Information and to dismiss the remaining counts of the Indictment at sentencing.

3. The defendant entered a plea of guilty to Count 1 of the Indictment on October 16, 2006.

4. In compliance with the terms of the plea agreement, the government does now file its Motion to Withdraw.

Respectfully submitted this 18th day of October, 2006.

          LEURA GARRETT CANARY
          UNITED STATES ATTORNEY

          s/ Susan R. Redmond
          SUSAN R. REDMOND
          Assistant United States Attorney
          One Court Square, Suite 201
          Montgomery, AL 36104
          Phone: (334)223-7280
          Fax: (334)223-7135
          susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas Goggans, Esquire; A. Wesley Pitters, Esquire, and Mark Lakin, Esquire.

Respectfully submitted,

s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
susan.redmond@usdoj.gov