IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO: 2:05-CR-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

**ORDER**

Upon consideration of the Motion to Withdraw Notice of Information to Establish Prior Convictions filed by the government on October 18, 2006 (Doc. # 66), it is hereby

ORDERED that the motion is GRANTED. The Notice of Information to Establish Prior Convictions (Doc. # 29) is hereby WITHDRAWN.

DONE this 20th day of October, 2006.

                                                /s/  W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE