IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-CR-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

### ORDER

Upon consideration of the government's motion for release of prisoner filed on December 6, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Kelvin Artis, to Neill Thompson, DEA, and/or Rebecca Sparkman, Montgomery Police Department, on December 7, 2006, through March 7, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Neill Thompson, DEA, and/or Rebecca Sparkman, Montgomery Police Department, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 7th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE