IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion to Continue Sentencing, states as follows:

1. A Sentencing Hearing is presently set for January 22, 2007, at 9:45 a.m.

2. The Defendant is currently cooperating with the Government in on-going investigations.

3. The parties believe that a continuance in the sentencing of this case is warranted and necessary, at this time, to allow the Defendant an opportunity to substantially assist law enforcement, thus allowing the government to request a downward departure in his case.

4. Thomas Goggans, attorney for defendant, has been contacted joins in the request for a continuance in this case.

5. The defendant will not be harmed or unfairly prejudiced should sentencing be continued.

6. On information and belief, the Government requests that sentencing in this case not be re-set within the next three (3) months.

7. Should the parties be prepared earlier than April, 2007, to resume sentencing in this case, the Government will assume the responsibility of notifying the Court. Additionally, the Government will assume the responsibility of informing the Court of the parties efforts each month

until sentencing by filing a Notice with the Court.

Based on the facts stated above, the United States respectfully requests a continuance in the above-styled sentencing.

Respectfully submitted this 8th day of January, 2007.

                                            LEURA GARRETT CANARY
                                            UNITED STATES ATTORNEY

                                            /s/ Susan R. Redmond
                                            SUSAN R. REDMOND
                                            Assistant United States Attorney
                                            Post Office Box 197
                                            Montgomery, AL 36101-0197
                                            334.223.7280
                                            334.223.7135 f ax
                                            susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Thomas Goggans, Esq., A.Wesley Pitters, Esq., and Mark Lakin, Esq.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov

3