IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:05cr298-WKW |
| | ) |
| KELVIN ARTIS | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now Thomas M. Goggans and shows as follows:

1. A conflict of interest with respect to Thomas M. Goggans' representation of Kelvin Artis has arisen which will prevent Thomas M. Goggans from further representing Kelvin Artis in this matter.

2. Thomas M. Goggans is one of three lawyers for Kelvin Artis in this case. The other two lawyers can continue to represent Kelvin Artis. Thus, there would be no delay in these proceedings as a result of Thomas M. Goggans' withdrawal.

WHEREFORE, Thomas M. Goggans moves this Court to withdraw as counsel for Defendant Kelvin Artis.

<u>**s/ Thomas M. Goggans**</u>
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 8th day of January, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: **Louis V. Franklin, Susan R. Redmond, John T. Harmon, A. Wesley Pitters and Mark Lakin.**

                                            **s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis