IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-CR-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

### ORDER

Upon consideration of the government's motion for release of prisoner filed on January 8, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Kelvin Artis, to Guy Naquin, Montgomery Police Department, and/or Geno Howton, Montgomery Police Department, on January 9, 2007, through April 9, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Guy Naquin, Montgomery Police Department, and/or Geno Howton, Montgomery Police Department, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 9th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE