IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br>KELVIN ARTIS, )<br>  )<br>   Defendant. ) | CASE NO. 2:05-CR-298-WKW |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel (Doc. # 72) filed by defense counsel Thomas M. Goggans, it is ORDERED that the motion is GRANTED.

DONE this 11th day of January, 2007.

　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE