IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-CR-298-WKW |
| KELVIN ARTIS, | ) |
| Defendant. | ) |

## **ORDER**

This case is before the Court on the defendant's Motion to Continue Sentencing (Doc. # 70). It is ORDERED that the motion is GRANTED. The sentencing hearing is continued from January 22, 2007, to April 24, 2007, at 10:00 a.m.

DONE this 11th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE