IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CR-298-WKW |
| ) | |
| KELVIN ARTIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is ORDERED that the sentencing in this matter is continued from April 24, 2007, to **April 10, 2007, at 9:45 a.m.**

DONE this 18th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE