IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05-CR-298-MEF |
| ) | |
| KELVIN ARTIS ) | |
| ) | |
| Defendant. ) | |

## MOTION TO RESET SENTENCING

**COMES NOW**, Defendant Kelvin Artis, by and through his undersigned counsel, and hereby move this Honorable Court to reschedule the sentencing set for April 10, 2007 in the above-styled cause. In support thereof, defendant shows the Court as follows:

Counsel is unavailable to appear at sentencing on April 10, 2007. Counsel will be home in Jamaica, West Indies and is presently scheduled to be returning to the United States on Sunday April 15, 2007.

Respectfully submitted,

_____
**Amardo Wesley Pitters, Esquire**
**Attorney for the Defendant**
**Alabama State Bar No.: 8989-T64A**

**OF COUNSEL:**

*A. WESLEY PITTERS, P.C.*
**1145 South Perry Street (36104)**
**Post Office Box 1973**
**Montgomery, Alabama  36102-1973**
**Telephone: (334) 265-3333**
**Telecopier: (334) 265-3411**
**Email: awpitters@pitterslawfirm.com**

## CERTIFICATE OF SERVICE

I hereby certify that on this the ____5th____ day of February 2007, a copy of the foregoing was duly served upon the following:

> **Hon. Susan Redmond**
> **Assistant United States Attorney**
> **Office of the United States Attorney**
> **Criminal Division**
> **Middle District of Alabama**
> **Post Office Box 197**
> **Montgomery, Alabama  36101-0197**

via e-file.


_____
**Amardo Wesley Pitters, Esquire**