**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

February 6, 2007

# NOTICE OF DEFICIENCY

To:             Armardo Wesley Pitters

From:           Clerk's Office

Case Style:     USA vs. Kelvin Artis

Case Number:    2:05-cr-00298-WKW

Referenced Pleading:   Document #77
                       Motion to Continue

**A Notice of Deficiency has been filed in the above referenced case to reflect that neither the pleading nor the certificate of service page has been signed.**

**The listed deficiency must be corrected within 10 days from the date of this notice. Please submit to the Clerk's office by CONVENTIONAL means the signature page and certificate of service of the referenced document which contains your electronic signature.**

**PLEASE DO NOT FILE ELECTRONICALLY.**