IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CR-298-WKW |
| ) | |
| KELVIN ARTIS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the defendant's Motion to Reset Sentencing (Doc. # 77), it is ORDERED that the motion is GRANTED. The sentencing in this matter is continued from April 10, 2007, to **May 8, 2007, at 9:45 a.m.**

DONE this 7th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE