IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05-CR-298-WKW |
| ) | |
| KELVIN ARTIS ) | |
| ) | |
| Defendant. ) | |

RECEIVED
2007 MAY -4  A 11: 24

## MOTION TO RESET SENTENCING

**COMES NOW**, Defendant Kelvin Artis, by and through his undersigned counsel, and hereby move this Honorable Court to reschedule the sentencing set for May 8, 2007 in the above-styled cause. In support thereof, defendant shows the Court as follows:

The defendant is engaged in cooperation with the government. Defendant would have his sentencing be postponed at least 90 days pending his cooperation.

The undersigned counsel has also been advised that co-counsel for the defendant Marc Lakin who is from Michigan is unavailable tom appear at sentencing as he will be in a jury trial.

Respectfully submitted,

_____
Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Alabama State Bar No.: 8989-T64A

OF COUNSEL:

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street (36104)
Post Office Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ____4th____ day of May 2007, a copy of the foregoing was duly served upon the following:

> Hon. Susan Redmond
> Assistant United States Attorney
> Office of the United States Attorney
> Criminal Division
> Middle District of Alabama
> Post Office Box 197
> Montgomery, Alabama  36101-0197

via United States Postal Service.

_____
Amardo Wesley Pitters, Esquire