IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CR-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

## **ORDER**

This case is before the Court on the defendant's Motion to Continue Sentencing (Doc. # 80) based on his ongoing cooperation with the Government. The Government represents via telephone that it does not object to a continuance. It is ORDERED that the motion is GRANTED. The sentencing hearing is continued from May 8, 2007, to September 12, 2007, at 10:00 a.m.

DONE this 7th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE