IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05-CR-298-WKW |
| ) | |
| KELVIN ARTIS ) | |
| ) | |
| Defendant. ) | |

## MOTION TO RESET SENTENCING

**COMES NOW**, Defendant Kelvin Artis, by and through his undersigned counsel, and hereby move this Honorable Court to reschedule the sentencing set for September 12, 2007 in the above-styled cause. In support thereof, defendant shows the Court as follows:

Counsel for the defendant has been advised that the defendant is engaged in ongoing cooperation with the government and that in the interest of said ongoing cooperation, it is necessary to have the defendant's sentencing be postponed at least 90 days. The undersigned counsel has conferred with counsel for the government and there is no objection to a continuance.

Respectfully submitted,

s/ Amardo Wesley Pitters
_____
**Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Alabama State Bar No.: 8989-T64A**

OF COUNSEL:

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street (36104)
Post Office Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___29th___ day of August 2007, a copy of the foregoing was duly served upon the following:

>Hon. Susan Redmond
>Hon. Louis V. Franklin
>Assistant United States Attorney
>Office of the United States Attorney
>Criminal Division
>Middle District of Alabama
>Post Office Box 197
>Montgomery, Alabama 36101-0197

via electronic file.

>s/ Amardo Wesley Pitters
>_____
>**Amardo Wesley Pitters, Esquire**