**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

August 30, 2007

## *NOTICE OF DEFICIENCY*

TO:         Attorney Amardo Wesley Pitters

FROM:   Sheila Carnes
             Senior Courtroom Clerk

SUBJECT: United States of America v Kelvin Artis
             Cr No. 2:05cr298-WKW

Defendant's Motion to Reset Sentencing e-filed in the above-styled case on August 29, 2007, contains three deficiencies:

1)  The motion does not contain an electronic signature.

2)  The PDF does not agree with the docket entry. The document was e-filed as a Motion for Extension of Time to File yet the PDF reflects that the pleading is actually a Motion to Reset Sentencing.

3)  The certificate of service reflects service by the United States Postal Service when the document was filed electronically.

A copy of the Court's Criminal Administrative Procedures for e-filing, signing, and verifying pleadings is located on our website at www.almd.uscourts.gov and our CM/ECF Help Desk is available from 8:00 a.m. to 5:00 p.m. Monday through Friday at 334 954-3935.

We have been unable to reach you by telephone regarding these matters. Please contact me as soon as possible at 954-3972 so that these deficiencies may be corrected as soon as possible.