IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:05-cr-0298-WKW |
| ) | |
| KELVIN ARTIS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pending is Defendant's Motion to Reset Sentencing (Doc. # 82).  Because sentencing has been continued on three prior occasions, the court will hold a telephonic status conference on **September 4, 2007, at 4:00 P.M.**, with the United States arranging the call.

DONE this 30th day of August, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE