IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
          v.                       )          Case No. 2:05-cr-0298-WKW
                                   )
KELVIN ARTIS,                      )

## ORDER

Upon consideration of the defendant's Motion to Reset Sentencing (Doc. # 82), which is unopposed by the United States of America, it is hereby ORDERED that the motion is GRANTED. The sentencing hearing is continued from September 12, 2007, to **December 6, 2007, at 9:15 A.M**.

DONE this 6thday of September, 2007.

          /s/  W.  Keith Watkins
          UNITED STATES DISTRICT JUDGE