IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No.: 2:05-CR-298-WKW** |
| ) | |
| **KELVIN ARTIS** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO RESET SENTENCING

**COMES NOW**, Defendant Kelvin Artis, by and through his undersigned counsel, and hereby move this Honorable Court to reschedule the sentencing set for December 6, 2007 in the above-styled cause. In support thereof, defendant shows the Court as follows:

Counsel for the defendant has been advised that the government intends to indict the defendant on at least three counts of criminal conduct unrelated to the offenses for which he is currently awaiting sentencing. The defendant has been engaged in ongoing cooperation with the government and in so doing has provided substantial assistance to the government in the prosecuting of charges against other defendants. Defendant submits that the developments of his impending indicts will subject him to prejudice if his sentencing go forward as scheduled.

Respectfully submitted,

s/ Amardo Wesley Pitters
_____ _____
**Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Alabama State Bar No.: 8989-T64A**

**OF COUNSEL:**

**A. WESLEY PITTERS, P.C.**
**1145 South Perry Street (36104)**
**Post Office Box 1973**
**Montgomery, Alabama  36102-1973**
**Telephone: (334) 265-3333**
**Telecopier: (334) 265-3411**
**Email: awpitters@pitterslawfirm.com**


**CERTIFICATE OF SERVICE**

I hereby certify that on this the \_\_\_\_3rd\_\_\_\_ day of December 2007, a copy of the foregoing was duly served upon the following:

> **Hon. Susan Redmond**
> **Hon. Louis V. Franklin**
> **Assistant United States Attorney**
> **Office of the United States Attorney**
> **Criminal Division**
> **Middle District of Alabama**
> **Post Office Box 197**
> **Montgomery, Alabama  36101-0197**

via electronic file.


**s/ Amardo Wesley Pitters**
_____
**Amardo Wesley Pitters, Esquire**