IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-0298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

## **ORDER**

It is ORDERED that Government shall file a written response to the defendant's Motion to Reset Sentencing (Doc. # 86) **on or before December 5, 2007, at 3:00 p.m.**

DONE this 4th day of December, 2007.

        /s/  W.  Keith Watkins
    UNITED STATES DISTRICT JUDGE