### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 2:05-cr-298-WKW |
| **KELVIN ARTIS** ) | |

### RESPONSE TO DEFENDANT'S MOTION TO RESET SENTENCING

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to defendant's motion of December 3, 2007, as follows:

1.   The government can state no reason(s) why the defendant's Motion to Reset Sentencing (Doc. #86) should not be granted.

Respectfully submitted, this the 4th day of December, 2007.

                LEURA G. CANARY
                UNITED STATES ATTORNEY


                /s/ Susan Redmond
                SUSAN REDMOND
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                (334) 223-7280
                (334) 223-7135 fax
                susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | CR. NO. 2:05-cr-298-WKW |
| **KELVIN ARTIS** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Amardo Wesley Pitters.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7138 fax
susan.redmond@usdoj.gov