IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-0298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

### **ORDER**

Upon consideration of the defendant's Motion to Reset Sentencing (Doc. # 86), which is unopposed by the United States of America (Doc. # 88), it is hereby ORDERED that the motion is GRANTED. The sentencing hearing is continued from December 6, 2007, to **April 15, 2008, at 9:00 A.M**.

DONE this 5th day of December, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE