IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner (Doc. #90) filed on December 17, 2007, and for good cause, it is

ORDERED that the motion (Doc. #90) is GRANTED.  It is hereby ORDERED that the United States Marshals Service release custody of Kelvin Artis, to Neil Thompson, DEA, on December 17, 2007, through March 17, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is further ORDERED that Neil Thompson, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 17th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE