IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
|                             ) | |
| v.                          ) | |
|                             ) | CR. NO.   2:05-cr-298-WKW |
| KELVIN ARTIS                ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody KELVIN ARTIS into the custody of Montgomery Police Officers Scott Edwards and/or Mike Drummond, on January 30, 2008, through April 1, 2008, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Officers Scott Edwards and/or Mike Drummond to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 30th day of January, 2008.

                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Susan R. Redmond
                                              SUSAN R. REDMOND
                                              Assistant United States Attorney
                                              131 Clayton Street
                                              Montgomery, Alabama 36104-3429
                                              (334) 223-7280     (334) 223-7138 Fax
                                              susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:05-cr-298-WKW |
| KELVIN ARTIS ) | |
| ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Amardo Wesley Pitters, Esquire, and Marc R. Lakin, Esquire.

                                        LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/ Susan R. Redmond
                                      SUSAN R. REDMOND
                                      Assistant United States Attorney
                                      131 Clayton Street
                                      Montgomery, Alabama 36104-3429
                                      (334) 223-7280     (334) 223-7138 Fax
                                      susan.redmond@usdoj.gov