IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:05-cr-298-WKW   |
| KELVIN ARTIS ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on January 30, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of KELVIN ARTIS to Montgomery Police Officers Scott Edwards and/or Mike Drummond, on January 30, 2008, through April 1, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Officers Scott Edwards and/or Mike Drummond shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of January,  2008.

_____
UNITED STATES MAGISTRATE JUDGE