IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

**ORDER ON MOTION**

Upon consideration of the Government's motion for release of prisoner (Doc. #93) filed on January 30, 2008, and for good cause, it is

ORDERED that the motion (Doc. #93) is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of KELVIN ARTIS to Montgomery Police Officers Scott Edwards and/or Mike Drummond, on February 4, 2008, through April 1, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Officers Scott Edwards and/or Mike Drummond shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 4th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE