IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-0298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

## **ORDER**

Upon consideration of the Government's Motion to Strike Forfeiture Allegation (Doc. # 92), it is ORDERED that the motion is GRANTED and the forfeiture allegation is hereby STRICKEN from the indictment returned December 14, 2005.

DONE this 6th day of February, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE