**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form*

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>2:05cr298-WKW |
|---|---|
| DEFENDANT<br>KELVIN ARTIS | TYPE OF PROCESS<br>DISMISSAL ORDER |

| | |
|---|---|
| **SERVE**<br>▸<br>**AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br><br>ONE MARLIN MODEL 60, .22 CALIBER SEMI-AUTOMATIC RIFLE, SERIAL NUMBER 16416099 |
| | ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)*<br><br>c/o UNITED STATES MARSHALS SERVICE |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| | Number of process to be served<br>with this Form - 285 | 1 |
| Tommie Brown Hardwick<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of parties to be served<br>in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

ASSET IDENTIFICATION NO. 06-DEA-473451

| Signature of Attorney or other Originator requesting service on behalf of :<br>*Tommie Brown Hardwick*  ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>02/06/08 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>No. | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk<br>*K. Chavers* | Date<br>2/8/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

| Name and title of individual served *(If not shown above)*. | ☐ A person of suitable age and discretion then<br>residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service<br>4/9/08 | Time<br>3:30  ☒ pm  am |
| | Signature of U.S. Marshal or Deputy<br>*Karen A. Chavers* | |

| Service Fee<br>45.00 | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges<br>45.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:   Served agent Scott Edwards via fax

RETURNED AND FILED

APR - 9

CLERK
U S DISTRICT COURT
... DIST. OF ALA.

PRIOR EDITIONS MAY
BE USED

FORM USM 285 (Rev. 12/15/80)