IN THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff*,

-vs-                                                Case No: 2:05-CR-298-WKW

KELVIN ARTIS,

    *Defendant*.
_____/

## MOTION TO WITHDRAW
## AS ATTORNEY OF RECORD

NOW COMES the undersigned, Marc R. Lakin, attorney at law, and for his Motion to Withdraw as Attorney of Record states as follows:

1. Pursuant to this Court's Order dated June 5, 2006, the undersigned was admitted to practice *pro hac vice* in the within action representing the Defendant.

2. The undersigned associated with local counsel, Barry Teague, Esq., who assumed primary responsibility concerning the day to day oversight of the within case.

3. During the course of this case, Attorney Teague passed away. In the interim attorney A. Wesley Pitters appeared on behalf of the Defendant Kelvin Artis and has since that time, through the present, been representing Mr. Artis.

4. The undersigned is advised that Mr. Pitters will continue to assume resposibility for the representation of Mr. Artis in the within matter.

5. The undersigned has had no contact with Mr. Artis for more than one year.

WHREFORE, the undersigned requests this Court grant his motion and enter an order granting this Motion to Withdraw as Attorney of Record.

Respectfully Submitted,

/s/ Marc R. Lakin
Marc R. Lakin
Attorney for Defendant
283 E. Frank St.
Birmingham, MI 48009
248.723.1199

IN THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

  *Plaintiff,*

-vs-              Case No: 2:05-CR-298-WKW

KELVIN ARTIS,

  *Defendant.*
_____/

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by the following methods:

AUSA Susan S. Redmond
Via Fascimile to: 334.223.7135

A. Pitters, Esq.
Via Facsimile to: 334.265.3411

                   Marc R. Lakin
                   Attorney at Law