IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-0298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 101), it is ORDERED that the motion is GRANTED and Marc R. Lakin is WITHDRAWN as counsel from the case.

DONE this 22nd day of April, 2008.

                                        /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE