IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| v. | * CASE NO. 2:05CR00298-WKW-WC-1 |
| **KELVIN ARTIS.** | * |

### NOTICE OF APPEARANCE

Comes now Susan G. James, Attorney for Kelvin Artis and files this her Notice of Appearance.

Respectfully submitted,

> s/Susan G. James
> SUSAN G. JAMES
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 263-4888
> E-mail: sgjamesandassoc@aol.com
> Bar No: ASB7956J64S

### CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney, P. O. Box 197, Montgomery, Alabama 36101

Respectfully submitted,

> s/Susan G. James
> SUSAN G. JAMES
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 263-4888
> E-mail: sgjamesandassoc@aol.com
> Bar No: ASB7956J64S