IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| v. | * CASE NO. 2:05CR00298-WKW-WC-1 |
| **KELVIN ARTIS.** | * |

### NOTICE OF APPEAL

Comes now Kelvin Artis, by and through undersigned Counsel, and gives Notice of Appeal from his conviction and sentencing on April 17, 2008.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

### CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Susan Redmond, Assistant United States Attorney, P.O. Box 197, Montgomery, Alabama, 36101.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012