```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004827
Cashier ID: brobinso
Transaction Date: 04/23/2008
Payer Name: SUSAN JAMES
-----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SUSAN JAMES
 Case/Party: D-ALM-2-05-CR-000298-001
 Amount:         $455.00
-----------------------------------------
CHECK
 Check/Money Order Num: 2134
 Amt Tendered:   $455.00
-----------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

efiled on 4/22/08
```