### IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>)<br>    **Plaintiff,**  )<br>)<br>**vs.**  )<br>)<br>**KELVIN ARTIS**  )<br>)<br>    **Defendant.**  ) | **Case No.: 2:05-CR-298-WKW** |

### MOTION TO WITHDRAW AS DEFENSE COUNSEL

**COMES NOW**, Amardo Wesley Pitters, Esquire, and hereby move this Honorable Court to withdraw as counsel for the defendant in the above-styled cause. In support thereof, the undersigned counsel shows the Court as follows:

The defendant has relieved the undersigned counsel of his representation and has retained other counsel, namely the Honorable Susan James, who has undertaken representation of the defendant. She has filed a Notice of Appearance and a Notice of Appeal.

                                                    Respectfully submitted,

                                                    **s/ Amardo Wesley Pitters**

                                                    **Amardo Wesley Pitters, Esquire**
                                                    **Alabama State Bar No.: 8989-T64A**

**OF COUNSEL:**

*A. WESLEY PITTERS, P.C.*
**1145 South Perry Street (36104)**
**Post Office Box 1973**
**Montgomery, Alabama  36102-1973**
**Telephone: (334) 265-3333**
**Telecopier: (334) 265-3411**
**Email: awpitters@pitterslawfirm.com**

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___27th___ day of April 2008, a copy of the foregoing was duly served upon the following:

**Hon. Susan Redmond**
**Hon. Louis V. Franklin**
**Assistant United States Attorney**
**Office of the United States Attorney**
**Criminal Division**
**Middle District of Alabama**
**Post Office Box 197**
**Montgomery, Alabama  36101-0197**

**Hon. Susan G. James**
**600 South McDonough Street**
**Montgomery, Alabama 36104**

**Mr. Kelvin Artis**
**Elmore County Detention Facility**
**Federal Inmate**
**Wetumpka, Alabama 36092**

via electronic file and U.S. Mail as to Mr. Artis.

**s/ Amardo Wesley Pitters**
_____
**Amardo Wesley Pitters, Esquire**