IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-0298-WKW |
| | ) | |
| KELVIN ARTIS | ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw as Defense Counsel (Doc. # 107), it is ORDERED that the motion to withdraw is GRANTED, and that Amardo Wesley Pitters is WITHDRAWN from the case.

DONE this 29th day of April, 2008.

                                      /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE